383 P.3d 135

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Brandon VACCHELLI, Defendant-Appellant,**

and

**Joshua Vacchelli, Defendant**

**NO. CAAP-15-0000403**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 23, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT, (CRIMINAL NO. 13-1-0745)

MEMORANDUM OPINION

Affirmed.

383 P.3d 135

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Nicolas Jermiah BROWN,
Defendant-Appellant**

**NO. CAAP-13-0003838**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 24, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, LAHAINA DIVISION, (CASE NO. 2DTA-12-00424)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

383 P.3d 135

**HSBC Bank USA, National Association,
as trustee for WFMBS 2007-AR6,
Plaintiff-Appellee,**

v.

**Kevin COLLMAN, Defendant-Appellant, and Mortgage Electric Registration Systems, Inc; John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Entities 1-10 and Doe Governmental Units 1-10, Defendants**

**NO. CAAP-13-0005087**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 24, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 08-1-198K)

SUMMARY DISPOSITION ORDER

Vacate.